FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV 0 4 2015

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 9:15CR 21 |
| | § | Judge Schneider Hawthorn |
| ROBERT LEE KOBE; | § | |
| a/k/a ROBERT LEE POOLE; | § | |
| a/k/a ROBERT LEE HART | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 2113(a)
(Bank Robbery)

On or about October 13, 2015, in the Eastern District of Texas, **Robert Lee Kobe, a/k/a Robert Lee Poole, a/k/a Robert Lee Hart**, defendant, did by intimidation, knowingly take from the person and presence of another, money belonging to and in the care, custody, control, and management and possession of Texas Bank in Nacogdoches, Texas, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

Indictment – Page 1

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____              _11/4/2015_____
LAUREN GASTON                        Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 9:15CR 21 |
| ROBERT LEE KOBE; | § | Judge_____ |
| a/k/a ROBERT LEE POOLE; | § | |
| a/k/a ROBERT LEE HART | § | |

## NOTICE OF PENALTY

### Count One

Violation:   18 U.S.C. § 2113(a)

Penalty:   Imprisonment of not more than twenty (20) years, a fine not more than $250,000.00 or not more than the greater of twice the gross gain to the defendant or twice the gross loss to the victim, or both imprisonment and a fine, and a term of supervised release of not more than three (3) years.

Special Assessment: $100.00